IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS PENSION FUND, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 11-cv-1153-LPS <br> ) |
| F. MICHAEL BALL, HERBERT W. BOYER, Ph.D., DEBORAH DUNSIRE, M.D., JEFFREY L. EDWARDS, MICHAEL R. GALLAGHER, DAWN HUDSON, ROBERT A. INGRAM, TREVOR M. JONES, Ph.D., LOUIS J. LAVIGNE, JR., DAVID E.I. PYOTT, RUSSELL T. RAY, STEPHEN J. RYAN, M.D., and SCOTT M. WHITCUP, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants, | ) <br> ) |
| and | ) <br> ) |
| ALLERGAN, INC., | ) <br> ) |
| Nominal Defendant. | ) |

## **STIPULATION AND ORDER DISMISSING DEFENDANT F. MICHAEL BALL**

WHEREAS, F. Michael Ball resigned from the Board of Directors of Allegan, Inc. on March 27, 2011; and

WHEREAS, counsel for Mr. Ball has represented that (i) Mr. Ball has received no awards under the Allergan 2011 Incentive Plan (the "Plan") referenced in the Verified Shareholder Derivative Complaint and (ii) Mr. Ball is not eligible to receive any awards under the Plan and will receive nothing under the Plan in the future,

IT IS HEREBY STIPULATED AND AGREED among the parties, subject to approval of the Court, as follows:

1. Plaintiff hereby dismisses Mr. Ball as a defendant in this action, without prejudice.

2. Mr. Ball shall make himself available for deposition where he resides, at such mutually convenient date and time as is agreed among the parties.

| RIGRODSKY & LONG, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Brian D. Long* <br> Seth D. Rigrodsky (#3147) <br> Brian D. Long (#4347) <br> Gina M. Serra (#5387) <br> 919 N. Market Street, Ste 980 <br> Wilmington, DE 19801 <br> (302) 295-4232 <br> sdr@rigrodskylong.com <br> bdl@rigrodskylong.com <br> gs@rigrodskylong.com <br> *Attorneys for Plaintiff* <br> *New Jersey Building Laborers Pension Fund* | */s/ Cathy L. Reese* <br> Cathy L. Reese (#2838) <br> Joseph B. Warden (#5401) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> (302) 652-5070 <br> clr@fr.com <br> jbw@fr.com <br> *Attorneys for Nominal Defendant* <br> *Allergan, Inc.* <br><br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br><br> */s/ Kenneth J. Nachbar* <br> Kenneth Nachbar (#2067) <br> 1201 North Market Street, 18th Floor <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 351-9294 <br> knachbar@mnat.com <br> *Attorneys for Defendants F. Michael Ball, Herbert W. Boyer, Ph.D., Deborah Dunsire, M.D., Jeffrey L. Edwards, Michael R. Gallagher, Dawn Hudson, Robert A. Ingram, Trevor M. Jones, Ph.D., Louis J. Lavigne, Jr., David E.I. Pyott, Russell T. Ray, Stephen J. Ryan, M.D., and Scott M. Whitcup, M.D.* |

It is SO ORDERED this ___ day of February, 2012.

_____
THE HONORABLE LEONARD P. STARK
