IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS PENSION FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 11-cv-1153-LPS ) |
| F. MICHAEL BALL, HERBERT W. BOYER, Ph.D., DEBORAH DUNSIRE, M.D., JEFFREY L. EDWARDS, MICHAEL R. GALLAGHER, DAWN HUDSON, ROBERT A. INGRAM, TREVOR M. JONES, Ph.D., LOUIS J. LAVIGNE, JR., DAVID E.I. PYOTT, RUSSELL T. RAY, STEPHEN J. RYAN, M.D., and SCOTT M. WHITCUP, | ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| ALLERGAN, INC., | ) ) |
| Nominal Defendant. | ) |

## **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED among the parties, through their undersigned attorneys and subject to the approval of the Court, that all claims asserted in the above-captioned action are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 23.1 and 41(a)(1). Each party shall bear his, her or its own costs and attorneys' fees.

| RIGRODSKY & LONG, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Brian D. Long*  <br>Seth D. Rigrodsky (#3147)  <br>Brian D. Long (#4347)  <br>Gina M. Serra (#5387)  <br>919 N. Market Street, Ste 980  <br>Wilmington, DE 19801  <br>(302) 295-4232  <br>sdr@rigrodskylong.com  <br>bdl@rigrodskylong.com  <br>gs@rigrodskylong.com  <br>*Attorneys for Plaintiff*  <br>*New Jersey Building Laborers Pension Fund* | */s/ Joseph B. Warden*  <br>Joseph B. Warden (#5401)  <br>222 Delaware Avenue, 17th Floor  <br>P.O. Box 1114  <br>Wilmington, DE 19899-1114  <br>(302) 652-5070  <br>jbw@fr.com  <br>*Attorneys for Nominal Defendant*  <br>*Allergan, Inc.* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Kenneth J. Nachbar*  <br>Kenneth J. Nachbar (#2067)  <br>Shannon E. German (#5172)  <br>1201 North Market Street, 18th Floor  <br>P.O. Box 1347  <br>Wilmington, DE 19899-1347  <br>(302) 658-9200  <br>knachbar@mnat.com  <br>sgerman@mnat.com  <br>*Attorneys for Defendants F. Michael Ball, Herbert W. Boyer, Ph.D., Deborah Dunsire, M.D., Jeffrey L. Edwards, Michael R. Gallagher, Dawn Hudson, Robert A. Ingram, Trevor M. Jones, Ph.D., Louis J. Lavigne, Jr., David E.I. Pyott, Russell T. Ray, Stephen J. Ryan, M.D., and Scott M. Whitcup, M.D.* |

It is SO ORDERED this ___ day of _____, 2014.

_____
THE HONORABLE LEONARD P. STARK